IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL L WEIST,<br><br>    Plaintiff,<br><br>vs.<br><br>TSL COMPANY HOLDINGS, LTD., a Delaware Corporation;<br><br>    Defendant. | **8:19CV368**<br><br>**ORDER** |

THIS MATTER is before the Court on a "Joint Stipulation for Dismissal with Prejudice." Filing No. 28. All matters have been resolved in this case. Both parties have agreed to the Dismissal of the Complaint.

IT IS THEREFORE ORDERED that the entire case be dismissed with prejudice, and with each side to bear their own costs.

Dated this 18th day of March, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge